**Electronically Filed
Supreme Court
SCAD-20-0000729
10-DEC-2020
01:23 PM
Dkt. 6 ORD**

SCAD-20-0000729

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

ELIZABETH C. MELEHAN, (Bar No. 5743)
Respondent.

_____

ORIGINAL PROCEEDING
(ODC Case Nos. 19-0057 and 19-0326)

<u>ORDER OF TRANSFER TO INACTIVE STATUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson JJ.,
and Intermediate Court of Appeals Associate Judge Wadsworth,
assigned by reason of vacancy)

Upon review of the November 24, 2020 petition filed by

the Office of Disciplinary Counsel (ODC) on behalf of, and with

the approval of, the Disciplinary Board of the Supreme Court of

the State of Hawai‘i, requesting this court to immediately

transfer Respondent Elizabeth C. Melehan to inactive status,

pursuant to Rule 2.19 of the Rules of the Supreme Court of the

State of Hawai‘i (RSCH), or for alternate relief, the

declarations and exhibits appended thereto, and the supplemental

materials submitted in this matter on November 30, 2020 by ODC,

we conclude that placing Respondent Melehan on inactive status, pursuant to RSCH Rule 2.19(c), is warranted. Therefore,

IT IS HEREBY ORDERED that Respondent Melehan is immediately transferred to inactive status in this jurisdiction, pursuant to RSCH Rule 2.19(c), effective with the filing of this order.

IT IS FURTHER ORDERED that Respondent Melehan, pursuant to RSCH Rule 2.19(b), shall, within 30 days after the entry date of this order, file under seal further materials in support of her assertions, which may include letters and other documentation from qualified medical personnel.

IT IS FURTHER ORDERED that ODC shall suspend and hold in abeyance proceedings against Respondent Melehan to the extent required by RSCH Rule 2.19(h).

IT IS FURTHER ORDERED that the Disciplinary Board shall, pursuant to RSCH Rule 2.19(d), cause a notice of this transfer to inactive status to be published in a newspaper of general circulation in the judicial circuit in which Respondent Melehan maintained her practice.

IT IS FINALLY ORDERED that the clerk of the court, pursuant to RSCH Rule 2.19(e), shall transmit a certified copy of this order to all judges of the State of Hawaiʻi and shall request their assistance and such action as may be indicated,

2

pursuant to RSCH Rule 2.20, to protect the interests of both Respondent Melehan and her clients.

DATED: Honolulu, Hawaiʻi, December 10, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Clyde J. Wadsworth